**Dennis Henry HUDSON, Plaintiff–Appellant,**

v.

**Catherine LEISCH, Maricopa County Attorney; et al., Defendants–Appellees.**

No. 99–17547.

D.C. No. CV–98–00187–SMM.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.*

Decided April 18, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM **

Dennis H. Hudson appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging violation of his right to due process in the seizure and forfeiture of his property. We review de novo and affirm. *See Hudson v. Palmer,* 468 U.S. 517, 533, 104 S.Ct. 3194, 82 L.Ed.2d 393 (1984); *New Alaska Dev. Corp. v. Guetschow,* 869 F.2d 1298, 1300, 1305 (9th Cir.1989); *see also Howland v. State,* 169 Ariz. 293, 818 P.2d 1169, 1172–73 (1991).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

We reject Hudson's remaining contentions as meritless and deny all pending motions.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.